UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO._____

JANET MELILLO,

    Plaintiff,

v.

VEYER LLC, Foreign Limited Company d/b/a OFFICE DEPOT INC., Florida Profit Corporation,

    Defendant.

## NOTICE OF REMOVAL

Defendant, Veyer LLC d/b/a Office Depot Inc., ("Veyer"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, West Palm Beach Division. The removal of this action is based upon the following:

    1. On or around July 1, 2025, Plaintiff, Janet Melillo ("Plaintiff"), filed a civil action against Veyer in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, entitled *JANET MELILLO v. VEYER LLC, Foreign Limited Company d/b/a OFFICE DEPOT INC., Florida Profit Corporation.*, Case No. 50-2025-CA-006554-XXXA-MB (the "State Court Action").

    2. Plaintiff's Complaint alleges the following causes of action: (1) Interference with Rights under the FMLA (Count I); (2) Retaliation Under the FMLA (Count II) (3) Retaliation

Under the Florida Civil Rights Act ("FCRA") (Count III); and (4) Disability Discrimination in Violation of FCRA (Count IV).

3. This action is within the original federal question district of the United States District Court pursuant to 28 U.S.C. § 1331 because Plaintiff has asserted various federal claims under the FMLA (Counts I and II). Plaintiff's FCRA claims (Counts III and IV) fall within this Court's supplemental district under 28 U.S.C. § 1367 because they share the same nucleus of operative facts as Plaintiff's federal law claims.

4. On July 18, 2025, Plaintiff served Veyer with the Complaint. This constituted Veyer's first legal notice of the State Court Action for purposes of removal. *See Gossamer Wing, LLC v. Bank of N.Y. Mellon*, 2021 WL 857527 (S.D. Fla. 2021) ("The 30-day period for filing a notice of removal is only triggered by proper service of process") (internal citations omitted); *see also 3417 70th Glen East Land Trust v. Deutsche Bank National Trust,* 2021 WL 672700 (M.D. Fla. 2021) ("The time for filing a notice of removal is only triggered by proper service of process.") (internal citations omitted). Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days from the date on which Veyer received notice of the State Court Action.

5. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, West Palm Beach Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c). The Southern District, West Palm Beach Division, is the appropriate venue because Plaintiff alleges that the actions at issue took place in Palm Beach County, Florida. Compl. at ¶ 2.

6. A true and correct copy of all process, pleadings, and orders served upon Veyer in the State Court Action are attached as Composite **Exhibit A**, as required by 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), Veyer has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. A copy of Veyer's Notice of Filing Notice of Removal is attached as **Exhibit B**.

WHEREFORE, Veyer requests that this action be removed from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County to the United States District Court for the Southern District of Florida, Miami Division.

Dated this 15th day of August 2025.

Respectfully submitted,

By: */s/ Rocio Blanco Garcia*
Rocio Blanco Garcia, Esq.
Florida Bar No. 99304
E-mail: *rblancogarcia@littler.com*
Secondary: *ccano@littler.com*
Elizabeth Stewart, Esq.
Florida Bar No. 1059581
E-mail: *elstewart@littler.com*
Secondary: *grivas@littler.com*
LITTLER MENDELSON, P.C.
Miami Tower
100 SE 2nd Street, Suite 3210
Miami, Florida  33131
Tel: (305) 400-7500
Telephone: (305) 400-7500

*Counsel for Defendant*